IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CV206-03-MU

| | |
|---|---|
| MALCOLM Y. AZARIAH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES McCURRY )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** comes before the Court on its own motion. It has come to the Court's attention that Plaintiff has not been receiving some of his mail in the above referenced case from this Court. An employee of the Clerk's Office looked into this matter after some legal documents from the Court were returned as undeliverable. She learned that Mr. Malcolm Azariah is also known as Malcolm Wright according to the Bureau of Prisons. As such, Plaintiff's mail from the Court shall be addressed to Mr. Malcolm Wright aka Malcolm Azariah so that he will receive all the mail sent to him by this Court without delay.

**SO ORDERED**.

Signed: February 13, 2007

Graham C. Mullen
United States District Judge